**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Matrix Warranty Solutions, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **2 7 – 2 8 5 9 8 6 2** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3301 Airport Freeway**<br>Number    Street<br>**Suite 350** | Number    Street<br><br>P.O. Box |
| **Bedford            TX     76021**<br>City              State     ZIP Code | City              State     ZIP Code |
| **Tarrant**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City              State     ZIP Code |

5. Debtor's website (URL)    **https://www.matrixwarrantysolutions.com**

6. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Matrix Warranty Solutions, Inc.** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

__5__ __6__ __1__ __9__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. Check all that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Matrix Warranty Solutions, Inc.** _____ Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When __/__/____ Case number _____
   District _____ When __/__/____ Case number _____
   District _____ When __/__/____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☑ Yes. Debtor **Matrix Financial Services, LLC**  Relationship **affiliate**
    District _____ When __/__/____
    Case number, if known _____

    Debtor _____ Relationship _____
    District _____ When __/__/____
    Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**  *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number   Street
    _____
    _____   _____   _____
    City                          State    ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

Debtor __Matrix Warranty Solutions, Inc._____    Case number (if known)_____

### Statistical and adminstrative information

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| 14. Estimated number of creditors | ☐ 1-49 <br> ☒ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☒ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☒ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/21/2023**
MM / DD / YYYY

X **/s/ Jay K. Tuerk**_____
Signature of authorized representative of debtor
**Jay K. Tuerk**
Printed name
**President**
Title

Debtor **Matrix Warranty Solutions, Inc.**                                                                    Case number (if known) _____

| | | | |
|---|---|---|---|
| **18. Signature of attorney** | **X** /s/ Jeff P. Prostok | Date | **07/21/2023** |
| | Signature of attorney for debtor | | MM / DD / YYYY |

**Jeff P. Prostok**
Printed name

**Forshey Prostok**
Firm name

**777 Main Street**
Number        Street

**Suite 1550**

**Fort Worth**                                            **TX**            **76102**
City                                                     State           ZIP Code

**(817) 877-8855**                                        **jprostok@forsheyprostok.com**
Contact phone                                            Email address

**16352500**                                              **TX**
Bar number                                               State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

<u>     Northern      </u> District Of <u>   Texas        </u>

**In re**   Matrix Warranty Solutions, Inc.

                                                                            Case No. _____

**Debtor**                                                                             Chapter <u>7                  </u>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>  60,000.00   </u>

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ <u>  60,000.00   </u>

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u> 0.00         </u>

2. The source of the compensation paid to me was:

   [X] Debtor           [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [ ] Debtor           [ ] Other (specify)

4.    [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtor in connection with litigation or discovery during the Chapter 7 case.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 7/23/23 | /s/Jeff P. Prostok |
|---|---|
| *Date* | *Signature of Attorney* |
| | Forshey & Prostok, LLP |
| | *Name of law firm* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  Matrix Warranty Solutions, Inc.                            CASE NO    **23-**

                                                                   CHAPTER    **7**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/23/2023                         Signature  /s/ Jay K. Tuerk

                                                   Jay K. Tuerk

                                                   President


Date  _____                  Signature  _____

```
462 Mgmt
2600 E Southlake Blvd
Ste. 120-334
Southlake, TX 76092

Auto Care Warranty Solutions
2000 E 4th St
Ste 304
Santa Ana CA 927

Advantage Auto Protection
121 N. 5th Street
St. Charles, MO 63301


Affordable Auto Sol Land & Sky
16319 West Bellfort St
Sugar Land, TX 77498


Affordable Car Cure
1665 Palm Beach Lakes Blvd
Ste. 215
West Palm Beach FL 33401-2107

American Express
Attn: Express Mail Remittance Processing
20500 Belshaw Ave
Carson, CA 90746

Asset Pros



Asset Protection
300 Water St
St Charles MO 63301


Assuriety Inc.
3300 S. Dixie Hwy
Ste. 142
West Palm Beach FL 33409

Auto Protection Group
1600 N Broadway Suite 100
Santa Ana CA 92706


Auto Renewal Center
6789 Quail Hill Pkwy Ste 605
Irvine, CA 92603-4233
```

```
Automotive Protection Group
4600 Executive Centre Pkwy Suite D
St Peters MO 63376


AXISPOINT
1440 Broadway, 4th floor
NY NY 10018


Car Guardian
4 Hutton Centre Dr Ste 200
Santa Ana, CA 92707-8776


Car Protection USA
9 Paladino Ct
Rancho Mission Viejo CA 92694


CARFAX
16630 Collection Center Drive
Chicago IL 60693


Class Experts Group LLC
740 W Glen Oaks Ln
Mequon WI 53092


Clear Path Automotive
9 Paladino Ct
Rancho Mission Viejo CA 92694


Cody Dollas
PO Box 5623
Breckenridge, CO 80424


Glen Gillen
722 Beal Ln
Coppell TX 75019


Complete Auto Care
6671 W Indiantown Rd, Suite 50-252
Jupiter FL 33458


David Williams
343 E Montana St.
Philadelphia, PA 19119
```

Dallas County Tax Office
500 Elm Street, Ste. 3300
Dallas, TX 75202

Diane Mey
c/o Andrew C. Robey
Hissam Forman Donovan Ritchie PLLC
707 Virginia Street, E. Ste. 260
Charleston, WV 25301

Diane Mey
c/o Michael Hissam & Ryan Donovan
Hissam Forman Donovan Ritchie PLLC
PO Box 3983
Charleston, WV 25339

Direct Auto Protect LLC
601 N Congress Ave STE 438
Delray Beach, FL 33445-4641

Drive Smart
310 Main St. Ste 7
Toms River, NJ 08753

Eisner Advisory Group LLC
PO BOX 358190
Pittsburgh PA 15251-5190

Elite Integrity
2900 Garden Grove Blvd Ste 214
Garden Grove CA 92843

FORTE DATA SYSTEMS
1595 Peachtree Parkway
Suite 204 PMB# 343
Cumming GA 30041

Global Automotive Services
3773 New Town Blvd
St Charles MO 63301

GOLD STAR
2055 Exchange Drive
St Charles MO 63303

GQ Auto Solutions LLC
135 S Stage College Blvd Suite 200
Brea CA 92821

```
Hard Tack Inc
1800 Old Okeechobee Rd, Suite 200A
West Palm Beach FL 33409


Haynes and Boone LLP
PO BOX 841399
Dallas TX 75284-1399


Highway Automotive Pros
5830 E 2nd St Suite 7000 #893
Casper WY 82609


IJJ Consulting Inc
2102 Business Center Dr Suite 130
Irvine, CA 92612


INLINE DATA SYSTEMS
1839 Ghent Rd
Columbia IL 62236


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

Korea Dalton
8730 W Hustis St.
Milwaukeem WI 53224


Internal Revenue Service
Special Procedures Staff
Mail Code 5020-DAL
1100 Commerce St., Room 9B8
Dallas, TX 75242

IVY LEAGUE INTERNATIONAL
4023 Kennett Pike Suite 241
Wilmington DE 19807


Jan Kostyun LLC
89 Alpine Dr
Burlington CT 06013


Janet Turner
1814 Cooper Ave.
Saginaw, MI 48602
```

Justin Alvarez
873 Louis St
Colton, CA 92324


Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth TX 76102


Kerper Bowron
600 University Park Place Ste. 310
Birmingham, AL 35209


Lashanna Davis
1521 Bailey Dr.
Fairfield, CA 94533


LKQ WARRANTY SOLUTIONS
1701 E Lamar Blvd Ste. 200
Arlington, TX  76006


Mepco-VSC Cancels
10 S LaSalle St
Suite 2310
Chicago IL 60603

Meridian
PO BOX 208510
Dallas, TX 75320-8510


Methfessel & Werbel, Esqs
2025 Lincoln Hwy, Suite 200
PO BOX 3012
Edison NJ 08818

Moxy Solutions
909 Lake Carolyn Parkway, Suite 900
Irving TX 75039


National Car Cure
1665 Palm Beack Lakes Blvd. Suite 2
West Palm Beach FL 33401


National Protection Assurance
1665 Palm Beack Lakes Blvd. Suite 2
West Palm Beach FL 33401

```
Nationwide Protection Pros LLC
1276 Jungermann Suite B
Saint Peters MO 63376


NEW LEAF SERVICES CONTRACTS
909 Lake Carolyn Parkway, Suite 900
Irving TX 75039


NPS, Inc
5865 Suemandy Drive
St Peters MO 63376


PEP BOYS - REMITTANCE DEPT
PO Box 8500-50446
Philadelphia PA 19178-0446


Quatrix Health Co
Attn: Pete Baichtal
7657 SW Mohawk St
Tualatin, OR 97062


Roadside Protect Inc
1000 W Irving Park Rd
Itasca IL 60143


Roth Jackson Gibbons Condlin PLC
8200 Greensboro Dr. Ste. 820
McLean VA 22102


SAFE AUTO
PO Box 1623
Winston-Salem, NC 27102-1623


Shellie Wright
6004 Iron Horse Dr.
N. Richland Hills, TX 76148


Spanish Service Center
1000 Executive Parkway Suite 228
Creve Coeur MO 63141


StoneEagle F&I
PO BOX 122264
Dallas TX 75312-2264
```

```
Stromberg Stock PLLC
8350 N Central Expwy, Suite 1225
Dallas TX 75206



United Corporate Services, Inc.
Ten Bank Street, Suite 560
White Plains NY 10606


Vehicle Protection USA
5499 N Federal Hwy Suite F
Boca Raton FL 333487


Warranty Protection LLC
PO Box 141
Gilbert, AZ 85299-0141
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

IN RE: §
§
__Matrix Warranty Solutions, Inc.__ §    Case No. _____
§
Debtor(s) §    Chapter __7__

**DECLARATION FOR ELECTRONIC FILING OF
<u>BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)</u>**

**PART I:  DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and ***I hereby declare under penalty of perjury*** that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition and lists of creditors have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐   *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* –
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☒   *[Only include if petitioner is a corporation, partnership or limited liability company]* –
I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date:  __7/23/2023__ .    __/s/ Jay K. Tuerk__    _____
Jay K. Tuerk
President


**PART II:  DECLARATION OF ATTORNEY:**

I declare ***under penalty of perjury*** that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.


Date:  __7/23/2023__ .

__/s/ Jeff P. Prostok__
Jeff P. Prostok
Attorney for Debtor